Decided March 2, 2006

STATE OF CONNECTICUT *v.* THEOFERLIUS D.

Decided March 2, 2006

STATE OF CONNECTICUT *v.* THEOFERLIUS D.

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 93 Conn. App. 88 (AC 25530), is granted, limited to the following issue:

"Did the Appellate Court properly decline to dismiss the defendant's appeal from his revocation of probation and ensuing incarceration as moot?"

The Supreme Court docket number is SC 17616.

*Michele C. Lukban,* senior assistant state's attorney, in support of the petition.

*Martha Brooke Hansen,* special public defender, in opposition.

Decided March 2, 2006